

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00172-CV

| | | |
|---|---|---|
| The Orchards on the Brazos, L.L.C. | § | From the 355th District Court |
| | § | of Hood County (C-2013-296) |
| v. | § | March 19, 2015 |
| Byron Stinson | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court declaring the roadway to be 12.2 feet wide and the trial court's sanction award are reversed. We remanded this case to the trial court in the interest of justice for a new trial on the width of the road.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel